| LAURA BIXBY | * | NO. 2019-CA-0477 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| COLLIN ARNOLD | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| * * * * * * * | | |

**LOVE, J., DISSENTS WITH REASONS TO FOLLOW**